HENRY HEPBURN, PLAINTIFF IN ERROR, v. THE MAYOR AND ALDERMEN OF JERSEY CITY ET AL., DEFENDANTS IN ERROR.

Argued March 24, 1902—Decided June 16, 1902.

On error to the Supreme Court.

For the plaintiff in error, *Halsey M. Barrett.*

For the defendants in error, *Bedle, Edwards & Lawrence.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, upon the grounds stated in the opinion of Mr. Justice Fort, reported *ante p.* 114.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, COLLINS, HENDRICKSON, PITNEY, KRUEGER, ADAMS, VREDENBURGH, VOORHEES, VROOM.    10.

*For reversal*—None.